CHRISTOPHER A. MURRAY, BY HIS NEXT FRIEND AND GUARDIAN, ESTHER MURRAY, PETITIONER-RESPOND-ENT, v. HUDSON DISPATCH, A NEW JERSEY COR-PORATION, RESPONDENT-APPELLANT.

Argued June 10, 1957—Decided June 20, 1957.

*Mr. S. David Harrison* argued the cause for the appellant (*Messrs. Platoff, Platoff and Heftler,* attorneys).

*Mr. Mortimer Wald* argued the cause for the respondent (*Mr. Noah Lichtenberg,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Nimmo in the court below.

*For affirmance*—Justices HEHER, OLIPHANT, WACHEN-FELD, BURLING and JACOBS—5.

*For reversal*—None.